LATTIMORE, APPELLANT, *v.* BROWN, APPELLEE.

[Cite as *Lattimore v. Brown* (1994), 69 Ohio St.3d 672.]

(No. 94–9—Submitted June 29, 1994—Decided July 27, 1994.)

---

*Marlene Penny Manes,* for appellant.

---

The judgment of the court of appeals is reversed and the cause is remanded to the trial court for further proceedings in accordance with *Moskovitz v. Mt. Sinai Med. Ctr.* (1994), 69 Ohio St.3d 638, 635 N.E.2d 331.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., concurs in judgment only.